cal_____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Anthony John Miani, | ) | Civil No.06cv1127 BEN (AJB) |
|               Petitioner, | ) | |
| v. | ) | Order Denying as Moot Petitioner's |
| | ) | Request for Judicial Notice |
| D.L. Ollison, | ) | [Doc. No. 26] |
| | ) | |
|               Respondent. | ) | |

On April 16, 2007, Petitioner filed a Notice of Clerical Mistakes [Doc. No. 26], which included a declaration requesting the Court take Judicial Notice of Petitioner's late receipt of this Court's Report and Recommendation and correct alleged clerical mistakes in judgment orders or other parts of the record in accordance with Rule 60(a) of the Federal Rules of Civil Procedure.  However, in light of this Court's Order of April 4, 2007, [Doc. No. 23], granting Petitioner an extension of time in which to file his objections to the Report and Recommendation, as a result of his later than expected receipt of the Report and Recommendation from the Court, Petitioner's request is hereby DENIED AS MOOT.

IT IS SO ORDERED.

DATED:  April 25, 2007

                                                                                          */s/ Battaglia*
                                                                                    Hon. Anthony J. Battaglia
                                                                                    U.S. Magistrate Judge
                                                                                    United States District Court