# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Anthony John Miani

                 V.

D.L. Ollison, Warden

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:  06-CV-1127-BEN (AJB)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the objections are overruled and the Report and Recommendation recommending that the Petition for Writ of Habeas Corpus be denied is adopted. The Petition is denied...

| May 14, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/A. Everill
(By) Deputy Clerk

ENTERED ON May 14, 2007

06-CV-1127-BEN (AJB)